**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

BRADY LEE HORTON,
ADC #122529                                                                                            PLAINTIFF

v.                                    1:10-cv-00061-DPM-JTK

JASON DAY, et al.                                                                                    DEFENDANTS

**ORDER**

Defendants shall file a response to Plaintiff's Motion for Order (Doc. No. 32) within ten (10) days of the date of this Order.

IT IS SO ORDERED this 1st day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE