IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRADY LEE HORTON,
ADC #122529                                                                                          PLAINTIFF

v.                                         1:10-cv-00061-DPM-JTK

JASON DAY, et al.                                                                                 DEFENDANTS

## ORDER

The Court has determined that service is appropriate for the Defendant Brandy Blair (Doc. No. 36). The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is directed to serve a copy of the Original and Amended Complaints (Doc. Nos. 2, 6) and summons on the Defendant Blair without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 1st day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE