**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

BRADY LEE HORTON,
ADC #122529                                                                                              PLAINTIFF

1:10-cv-00061-DPM-JTK

JASON DAY, et al.                                                                                       DEFENDANTS

## ORDER

This Court directed the issuance of summons and service of Plaintiff's Complaints on Defendants by Order dated October 1, 2010 (Doc. No. 11). Summons was returned, unexecuted, with respect to Defendant Harmon on October 19, 2010 (Doc. No. 20). Plaintiff recently notified the Court of Defendant's last-known employment, as a Searcy County deputy (Doc. No. 42). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Derek Harmon, and the United States Marshal is hereby directed to serve a copy of the summons and Original and Amended Complaints (Doc. Nos. 2, 6) on Defendant, in care of the Searcy County Sheriff's Department, P.O. Box 812, Marshall, AR 72650, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE