# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRADY LEE HORTON,                                                            PLAINTIFF
ADC #122529

v.                                    1:10-cv-00061-DPM-JTK

JASON DAY, et al.                                                            DEFENDANTS

## ORDER

Plaintiff's Motion to Compel Discovery is actually a request for discovery from the Defendants, and should be re-docketed as such.

IT IS SO ORDERED this 20th day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE