IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRADY LEE HORTON,
ADC #122529                                                                                    PLAINTIFF

1:10-cv-00061-JTK

JASON DAY, et al.                                                                              DEFENDANTS

## ORDER

Plaintiff's Motion for Order, asking the Court to require the parties to be subject to polygraph examinations (Doc. No. 69) is hereby DENIED. The Court denied this same request in its February 28, 2011 Order (Doc. No. 67).

Plaintiff's Motion to Dismiss Defendant Hudspeth from his Complaint (Doc. No. 70) is GRANTED.

IT IS SO ORDERED this 31st day of March, 2011.

```
_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE
```