IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRADY LEE HORTON,                                                                    PLAINTIFF
ADC #122529

v.                                       1:10-cv-00061-JTK

JASON DAY, et al.                                                                    DEFENDANTS

## ORDER

Plaintiff's Motion to voluntarily Dismiss this action, without prejudice (Doc. No. 75) is GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE